UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church St.
New Haven
Chambers Room 303

October 21, 2003

10:00 A.M.

*Held 9:50 - 11:10 Am*

PARTIES MUST BE AVAILABLE BY TELEPHONE IF THEY
ARE UNABLE TO ATTEND THE CONFERENCE

3-03-cv-533   (WWE) Nuzzelillo v Metro-North Commuter
------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Charles A. Deluca | Ryan, Ryan, Johnson & Deluca, 80 4Th St., Po Box 3057, Stamford, CT 203-357-9200 |
| Robert O. Hickey | Ryan, Ryan, Johnson & Deluca, 80 4Th St., Po Box 3057, Stamford, CT 203-357-9200 |
| ✓ Robert T. Naumes | Thornton, Early & Naumes, 100 Summer St., 30th Fl., Boston, MA 617-720-1333 |
| ✓ Anthony D. Sutton | Ryan, Ryan, Johnson & Deluca, 80 4Th St., Po Box 3057, Stamford, CT 203-357-9200 |
| Robert J. Sweeney | Early, Ludwick & Sweeney, 265 Church St., 11th Fl. PO Box 1866, New Haven, CT 203-777-7799 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK